UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

FILED
IN CLERK'S OFFICE
2004 APR 28 P 3: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| DAVINCI BIOMEDICAL RESEARCH PRODUCTS, INC., | : | Civil Action No. 04-CV-40027 (NMG) |
| Plaintiff, | : | |
| v. | : : : | LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TOSHIBA AMERICA MEDICAL SYSTEMS, INC. |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | : | |
| Defendant. | : | |

Pursuant to Local Rule 7.3, defendant Toshiba America Medical Systems, Inc. states that it is wholly owned by Toshiba America, Inc., which in turn is wholly owned by Toshiba Corporation of Japan, whose stock is traded on the Tokyo Stock Exchange.

Respectfully submitted,

TOSHIBA AMERICA MEDICAL SYSTEMS, INC.

By Its attorneys,

_____
Kenneth C. Pickering, BBO #634121
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: April 28, 2004

John A. Ridley, Esq.
DRINKER BIDDLE & REATH LLP
A Pennsylvania Limited Liability
Partnership
500 Campus Drive

Florham Park, New Jersey 07932-1047
(973)360-1100

## CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Roy A. Bourgeois, Esq. and Robert S. White, Esq., Bourgeois, Dresser, White & Beard, 4 Dix Street, Worcester, MA 01453.

Dated: April 28, 2004

Kenneth C. Pickering

NS                                                            - 2 -