UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CENTRAL SECTION

CIVIL ACTION NO. 04-40027-FDS

DAVINCI BIOMEDICAL RESEARCH )
PRODUCTS, INC. )
    Plaintiff, )
 )
vs. )
 )
TOSHIBA AMERICA MEDICAL )
SYSTEMS, INC. )
    Defendant, )

## LOCAL RULE 16.1 CERTIFICATION

The undersigned certify that, pursuant to Local Rule 16.1(D)(3), the authorized representative of DaVinci Biomedical Research Products, Inc. conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of this litigation, and have considered the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

By: _____
Joseph Villani, President
DaVinci Biomedical Research Products, Inc.
P. O. Box 1125
South Lancaster, MA 01561

By: _____
Robert S. White, BBO# 552229
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609
Telephone: 508-798-8801

Dated: August 19th, 2004

F:\docs\DaVinci\davinci.025