FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

2004 SEP -8  A 11: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DAVINCI BIOMEDICAL RESEARCH PRODUCTS, INC., <br> Plaintiff <br><br> v. <br><br> TOSHIBA AMERICA MEDICAL SYSTEMS, INC., <br> Defendant | CIVIL ACTION NO. 04-40027 (FDS) |

## MOTION TO ADMIT PRO HOC VICE

Kenneth C. Pickering, an attorney admitted to practice before this Court, moves that this Court admit *pro hoc vice* John A. Ridley, a member of the bar in good standing of the State of New Jersey, to represent the defendant as co-counsel in this action.

1. As set forth in the attached declaration, Mr. Ridley is a member in good standing in every jurisdiction where he has been admitted to practice.

2. There are no disciplinary proceedings pending against Mr. Ridley in any jurisdiction.

3. Mr. Ridley will make himself familiar with the Local Rules of the United States District Court for the District of Massachusetts.

FILING FEE PAID:
RECEIPT # 404395
AMOUNT $ 50.00
BY DPTY CLK [signature]
DATE 9-8-04

{H:\PA\Lit\19361\00001\A0732269.DOC}

4. I have already filed an appearance on behalf of the defendant and will serve as co-counsel to Mr. Ridley.

Respectfully submitted,

TOSHIBA AMERICA MEDICAL
SYSTEMS, INC.

by its attorneys,

_____
Kenneth C. Pickering, Esq.
BBO #634121
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: Sept 8, 2004

CERTIFICATE OF SERVICE

I, Kenneth C. Pickering, hereby certify that I have this day served a copy of the foregoing document by mailing a copy, first class mail, postage prepaid, to Robert White, Esq. Bourgeois, Dresser, White & Beard, 4 Dix Street, Worcester, MA 01453.

_____
Kenneth C. Pickering, Esq.

Dated: Sept 8, 2004

## DECLARATION OF JOHN A. RIDLEY

I, John A. Ridley, depose and say as follows:

1. I am a partner at the firm of Drinker Biddle & Reath, LLP, and am seeking admission *pro hoc vice* in this Court for the limited purpose of representing the defendant, Toshiba America Medical Systems, Inc., in the above-captioned case.

2. I am a member in good standing of the Bar of the State of New Jersey.

3. I have not been suspended or disbarred in any jurisdiction and there are no disciplinary matters pending against me in any jurisdiction.

4. I will make myself familiar with the local rules of this Court.

Signed under the penalties and pains of perjury, this 3rd day of September, 2004.

John A. Ridley, Esq.

{H:\PA\Lit\19361\00001\A0732265.DOC}