UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

| | |
|---|---|
| DAVINCI BIOMEDICAL RESEARCH PRODUCTS, INC.,<br>    Plaintiff<br><br>v.<br><br>TOSHIBA AMERICA MEDICAL SYSTEMS, INC.,<br>    Defendant | CIVIL ACTION NO. 04-40027 (FDS) |

**ORDER GRANTING MOTION TO ADMIT PRO HOC VICE**

Upon consideration of the Motion to Admit Pro Hoc Vice,

**IT IS HEREBY ORDERED THAT** John A. Ridley, Esq. of Drinker Biddle & Reath, LLP, 500 Campus Drive, Florham Park, New Jersey 07932-1047, (973-549-7030), be admitted *pro hoc vice* to practice before this Court in this action.

    Entered this _____ day of _____, 2004.

 

_____
Judge, United States District Court

{H:\PA\Lit\19361\00001\A0732268.DOC}