UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CENTRAL SECTION

CIVIL ACTION NO. 04-40027-FDS

| | |
|---|---|
| **DAVINCI BIOMEDICAL RESEARCH PRODUCTS, INC.** | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **TOSHIBA AMERICA MEDICAL SYSTEMS, INC.** | ) |
| Defendant, | ) |

LOCAL RULE 7.3 DISCLOSURE STATEMENT OF PLAINTIFF
DAVINCI BIOMEDICAL RESEARCH PRODUCTS, INC.

Now comes the Plaintiff DaVinci Biomedical Research Products, Inc. and, pursuant to Local Rule 7.3 affirmatively states that it is not owned by a parent corporation and that no publically traded company owns stock in it.

Respectfully Submitted,

DaVinci Biomedical Research Products, Inc.
By Its Attorney,

s/Robert White
Robert S. White, Esquire, BBO #552229
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609
Telephone: (508) 798-8801

F:\docs\DaVinci\davinci.029