UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

| | |
|---|---|
| DAVINCI BIOMEDICAL RESEARCH PRODUCTS, INC., | Civil Action No. 04-CV-40027 (NMG) |
| Plaintiff, | |
| v. | CERTIFICATION BY JOHN A. RIDLEY IN COMPLIANCE WITH LOCAL RULE 16.1 |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | |
| Defendant. | |

JOHN A. RIDLEY hereby certifies as follows:

1. I am a partner in the firm of Drinker Biddle & Reath practicing in its Florham Park, New Jersey office and am lead counsel for defendant Toshiba America Medical Systems, Inc. in the above-captioned matter.

2. I have represented Toshiba America Medical Systems and other affiliated Toshiba companies over a period of more than a decade. I have represented Toshiba companies in litigations in various states, including having represented Toshiba in two trials in the Federal District Court in Boston and before the First Circuit Court of Appeals.

3. On various occasions, since the commencement of this litigation, I have spoken with Fredric Friedberg, Esq., General Counsel of Toshiba America Medical Systems, with respect to the costs anticipated to be involved in the defense of this matter. We have discussed ways in which those costs might be minimized. I have also discussed with Mr. Friedberg the

concept of alternative dispute resolution and its viability in this case. Toshiba is not opposed to an effort, early in this litigation, to mediate the matter.

4. I am in the process of formulating, with Mr. Friedberg, an internal budget for the anticipated costs of litigating this case to its conclusion and, for the various components of the litigation.

5. I am making this Certification in compliance with Local Rule 16.1(d)(3).

_____
John A. Ridley

Dated: September 9, 2004