UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

| | |
|---|---|
| DAVINCI BIOMEDICAL RESEARCH PRODUCTS, INC., <br> Plaintiff <br><br> V. <br><br> TOSHIBA AMERICA MEDICAL SYSTEMS, INC., <br> Defendant | Civil Action No. 04-CV-40027 (FDS) |

## JOINT MOTION FOR THE ENTRY OF STIPULATION AND CONSENT PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, plaintiff DaVinci Biomedical Research Products, Inc. and defendant Toshiba America Medical Systems, Inc. jointly move that the Court approve and enter as an Order of this Court the Stipulation and Consent Protective Order which is being filed with this motion. In support of this motion, the parties state that all parties, by their respective counsel, have signed the attached Stipulation and Consent Protective Order and request that it be entered as an Order of this Court.

TOSHIBA AMERICA MEDICAL
SYSTEMS, INC.

By its Attorneys,

_____
Kenneth C. Pickering, BBO #634121
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

{H:\PA\Lit\19361\00001\A0782942.DOC}

                        */s/ John A. Ridley (EO)*
John A. Ridley, Esq.
DRINKER BIDDLE & REATH LLP
A Pennsylvania Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100


DAVINCI BIOMEDICAL RESEARCH
PRODUCTS, INC.

By its Attorney,

*/s/ Robert S. White*

Robert S. White, BBO #552229
Bourgeois, Dresser, White & Beard
Four Dix Street
Worcester, MA 01609
Phone: (508) 798-8801
Fax:    (508) 798-1943

Dated: 4/1/05, 2005

{H:\PA\Lit\19361\00001\A0782942.DOC}