UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

| | |
|---|---|
| DAVINCI BIOMEDICAL RESEARCH PRODUCTS, INC., | Civil Action No. 04-CV-40027 (FDS) |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | |
| Defendant. | |

It is hereby stipulated and agreed that the above-entitled action, including all claims and counterclaims, be and hereby is dismissed with prejudice and without costs.

BOURGEOIS, DRESSER, WHITE & BEARD
Attorneys for Plaintiff
DaVinci Biomedical Research Products, Inc.

By: _____
Robert S. White

Dated: 8/22/05

DRINKER BIDDLE & REATH LLP
Attorneys for Defendant
Toshiba America Medical Systems, Inc.

By: _____
John A. Ridley

Dated: 10-19-05

MIRICK, O'CONNELL, DeMALLIE
& LOUGEE LLP
Attorneys for Defendant
Toshiba America Medical Systems, Inc.

By: _____
Kenneth C. Pickering

Dated: 10.21.05